### 56171. FREUND et al. v. THE STATE.

DEEN, Presiding Judge.

Upon further examination, we have determined that the interlocutory appeal in this case was inadvertently granted.

*Appeal dismissed. Smith and Banke, JJ., concur.*

SUBMITTED JUNE 29, 1978 — DECIDED JULY 14, 1978.

*James G. Maddox, Almand, Grice, Knight & Mills, O. Hale Almand, Jr., Mann & Wingate, Tommy C. Mann,* for appellants.

*Beverly B. Hayes, District Attorney,* for appellee.